PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT   CASE NO. - 2:19-mj-847-BNW

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Superseding Indictment  ☐ Charges/Counts Added
☐ Superseding Information

USA vs.
Defendant: LATONIA SMITH

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA     Divisional Office

Address:

Name and Office of Person Furnishing Information on THIS FORM
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned)   STEVEN W. MYHRE

☐ Interpreter Required   Dialect: _____

Birth Date _____
☐ Male  ☐ Alien (if applicable)
☒ Female

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
JUSTIN STEELE - USPIS

Social Security Number _____

☐ person is awaiting trial in another Federal or State Court (give name of court)

**DEFENDANT**

Issue: ☒ Warrant   ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

Defense Counsel (if any): _____

☐ FPD  ☐ CJA  ☐ RET'D

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

☐ Appointed on Target Letter

Place of offense   County

☐ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 USC § 876 | Mailing Threatening Communications | ☒ Felony ☐ Misdemeanor |
| 2 | 18 USC § 924(c) | Use and Carry of a Firearm in Relation to a Crime of Violence | ☒ Felony ☐ Misdemeanor |
|   |   |   | ☐ Felony ☐ Misdemeanor |
|   |   |   | ☐ Felony ☐ Misdemeanor |
|   |   |   | ☐ Felony ☐ Misdemeanor |