AO 442  (Rev. 01/09)  Arrest Warrant

110126 32

# UNITED STATES DISTRICT COURT

for the

District of Nevada

FILED
ENTERED

RECEIVED
SERVED

COUNSEL/PARTIES OF RECORD

NOV - 6 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

BNW

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   2:19-mj-847-BNW |
| LATONIA SMITH | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    LATIONA SMITH                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §876 - Mailing Threatening Communications
18 U.S.C. §924(c) - Use and Carry of a Firearm in Relation to a Crime of Violence

Date:  11/1/19

_____
*Issuing officer's signature*

City and state:   Las Vegas, Nevada

HONORABLE BRENDA N. WEKSLER
_____
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)*  11/4/2019  , and the person was arrested on *(date)*  11/5/2019
at *(city and state)*   LAS VEGAS, NV                      .

Date:  11/5/2019

_____
*Arresting officer's signature*

for  USPS
_____
*Printed name and title*