UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 8 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )  Case # 2:19-mj-847-BNW
Latonia Smith )
) **DESIGNATION OF RETAINED COUNSEL**
) **AND APPEARANCE PRAECIPE**
)
Defendant. )

The undersigned defendant hereby appoints _Nichola Worthey_ to appear generally for him/her as his/her attorney and counselor at law, throughout all proceedings in this case unless this appointment be sooner revoked.

DATED: _11-8-19_

_____
Defendant's signature

## APPEARANCE PRAECIPE

I hereby accept the foregoing appointment and request the Clerk to enter my appearance as attorney for the defendant, in response to the foregoing designation.

I personally will appear at all proceedings in this case. I understand that no other attorney may appear in my place unless prior permission is granted by the Court, and then ONLY when consent of the defendant has been obtained and filed with the Clerk.

I further state that I realize it is my responsibility to keep the defendant advised as to all proceedings in this case and to inform him/her when to appear in Court, and also to notify the Clerk of any change in my address or telephone number.

DATED: _____

_____
Attorney's signature

Nichola Worthey
Attorney's address

400 S. 7th St
LV, NV 89101

(702) 623-6762
Attorney's phone number

Revised 6/15/09